MICHAEL C. PHILLIPS APC (Bar No. 48473)
LISA L. COPLEN (Bar No. 142726)
BIANCA A. POINDEXTER (Bar No. 216192)
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-first Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE (213) 688-0080 ♦ FACSIMILE (213) 622-7594

Attorneys for Defendant WESTCHESTER FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARVEST SPECIALTIFOODS, INC., | ) Case No. CIV.S-04-1055FCD(KJM) |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER EXTENDING** |
| | ) **DISPOSITIVE MOTION HEARING DATE** |
| vs. | ) **CUTOFF, FINAL PRETRIAL** |
| | ) **CONFERENCE AND TRIAL DATES** |
| WESTCHESTER FIRE INSURANCE COMPANY, | ) |
| | ) "AS MODIFIED" |
| | ) |
| Defendant. | ) Trial Date:  9/12/2005 |
| | ) Discovery Cutoff: 3/14/05 |
| | Motion Cutoff: 5/13/05 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereto, through their respective attorneys of record, hereby stipulate that the dispositive motion hearing date cutoff in this action, currently set for May 13, 2005, be extended to and including July 22, 2005, and respectfully request that the Court enter its order in this regard.  Good cause exists for the requested extension on the grounds that deposition discovery recently was completed in this action and copies of the last transcripts, which are out to the deponents for signature, were received at the end of last week.

Based upon the completion of discovery, and the issues presented, the parties agree  that proceeding by way of cross-motions for summary judgment, or partial summary judgment, would

1

1  be the most efficient and cost-effective way to proceed in this action.  The interpretation of the

2  insurance policy at issue and potential resolution by the Court of the coverage issues presented  by

3  such cross-motions should, in large part, lead to the ultimate conclusion of this action.  This is

4  especially so in light of the parties' prior stipulation that, if liability under the policy is found, the

5  amount of damages, if any, will be determined by an independent accounting expert jointly

6  selected and retained by the parties.

7  The parties will only be able to proceed in this fashion, and conserve valuable judicial

8  resources, if the current May 13, 2005 dispositive motion hearing cutoff date briefly is continued

9  to and including July 22, 2005 to allow the parties a short period of time prepare, file and serve

10  their cross-motions while still giving the 31 days notice required for such motions by Local Rule

11  78-230(b).  In this regard, the parties further stipulate that their cross-motions, and all supporting

12  documents and evidence, will be filed and served electronically on June 15, 2005 and set for

13  hearing on July 22, 2005 (or such other later date that is convenient for the Court's calendar,

14  assuming an appropriate extension of the cutoff date is granted).

15  Opposition and reply briefs shall be filed and served electronically pursuant to the time periods set

16  forth in Local Rule 78-230(c) and (d).

17  The parties further respectfully request that the current July 8, 2005 Final Pretrial

18  Conference date (and the related joint pretrial statement filing date) and the current September 12,

19  2005 trial date, be continued for a like period of time to save the parties, and the Court, the

20  significant time and expense involved in pretrial and trial preparation  until such time, if ever, that

21  such preparation becomes necessary, and the issues focused, after the cross-motions have been

22  decided.  The parties respectfully suggest a continued date of August 26, 2005 for the Final Pretrial

23  Conference (with the related joint pretrial statement to be filed one week before) and a continued

24  trial date of November 7, 2005 (as trial counsel for defendants currently has trials in two other

25  matters scheduled to commence in October , 2005).

26  As further grounds for a continuance of the trial date, plaintiff is a wild rice processing

27  company, and operates 24 hours a day, 7 days per week during the harvest/processing season.  This

28  season begins about August 15 and ends about October 15.  At the time the original Joint

STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION HEARING PRETRIAL AND TRIAL DATES

1  Statement was submitted, neither party considered the impact a September 12, 2005 trial date

2  would have on the operations of the plaintiff, and plaintiff therefore requests a continuance of the

3  trial date on this additional ground.

4          Based upon all of the foregoing, and given the recent receipt of the final deposition

5  transcripts in this action, good cause exists for the brief extension of the dispositive motion cutoff,

6  Final Pretrial Conference and trial dates requested herein to allow the parties to file and serve

7  cross-motions on the coverage issues presented in an effort to save time, expense and valuable

8  judicial resources.  No prejudice will inure to the parties, and they are informed and believe that

9  none will inure to the Court, as a result of the requested extensions given that this matter consists

10 largely, if not exclusively, of insurance coverage issues which would appear appropriate for

11 resolution as a matter of law and given the parties' agreement to have damages, if any, determined

12 by an independent accounting expert selected and retained jointly by them.  This is the first

13 extension of the dispositive motion cutoff date, and/or the Final Pretrial Conference and trial dates,

14 requested by the parties to this action.

15

16 DATED: May ___, 2005                    ANDERSON, McPHARLIN & CONNERS LLP

17                                         By: _____
                                                Michael C. Phillips
18                                              Lisa L. Coplen
                                            Attorneys for Defendant WESTCHESTER FIRE
19                                          INSURANCE COMPANY

20

21

22

23

24

25

26

27

28

3

1

2
DATED: May ___, 2005                    ROBINS, KAPLAN, MILLER & CIRESI LLP

3
By: _____

DAVID E. BLAND
DAVID S. LEVY

4

5
Attorneys for Plaintiff INDIAN HARVEST
SPECIALTIFOODS, INC.

6

7
Based upon the foregoing stipulation, and good cause appearing, **IT IS HEREBY ORDERED**

8
that the dispositive motion cutoff date in this action is extended from May 13, 2005 to  July 22, 2005.

9
The parties are reminded that July 22, 2005 is the last date in which all dispositive motions can be set

10
for hearing. The parties are ordered to comply with  Local Rule 78-230 for the filing of all dispositive

11
motions.

12
**IT IS FURTHER ORDERED** that the July 8, 2005 Final Pretrial Conference date is hereby

13
vacated and that the Final Pretrial Conference is RESET to 2:30 p.m. on September 23,  2005.   A

14
joint pretrial statement shall be filed no later than September 16, 2005.

15
**IT IS FURTHER ORDERED** that the September 12, 2005 trial date is hereby vacated and

16
RESET to 9:00 a.m. on November 29, 2005.

17

18
DATED: May 16, 2005

19

20
_____

21
/s/ Frank C. Damrell Jr._____
FRANK C . DAMRELL JR.

22
US District Judge

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION HEARING PRETRIAL AND TRIAL DATES