UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

INDIAN HARVEST SPECIALTIFOODS, INC.,

        NO. CIV. S-04-1055 FCD/KJM

    Plaintiff,

 v.                           O R D E R

WESTCHESTER FIRE INSURANCE COMPANY,

    Defendant.
_____/

    The court is in receipt of defendant Westchester Fire Insurance Company's request that its representative be allowed to appear telephonically at a Settlement Conference currently set for December 12, 2005.  The request is denied.

////

////

////

////

////

1

1  Each party is directed to have a principal capable of
2  disposition at the Settlement Conference or to be fully authorized
3  to settle the matter on any terms and at the Settlement Conference.
4  IT IS SO ORDERED.
5  DATED: November 15, 2005

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT