UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARVEST SPECIALTIFOODS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>      Defendant.<br>_____/ | NO. CIV. S-04-1055 FCD<br><br>**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT** |

Based on the representations of counsel at a Settlement Conference conducted before the undersigned on December 12, 2005, the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2   <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4   IT IS SO ORDERED.
5   DATED:   December 13, 2005.

<u>/s/Lawrence K. Karlton</u>
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT