David E. Bland, Bar No. 150581
DEBland@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P
Suite 3700,
2049 Century Park East
Los Angeles, CA  90067-3211
Telephone:    310-552-0130
Facsimile:     310-229-5800

Attorneys for Plaintiff
Indian Harvest Specialtifoods, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Indian Harvest Specialtifoods, Inc., <br><br>            Plaintiff, <br><br> v. <br><br> Westchester Fire Insurance Company, <br><br>            Defendant. | Case No.  CIV-S-04-1055 FCD (KJM) <br><br> **DISMISSAL WITH PREJUDICE AND ORDER** |

This matter, having been resolved by the parties, is hereby dismissed with prejudice and without costs to either party hereto, pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure.

DATED: December 30, 2005                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    s/ David E. Bland
           David E. Bland

Suite 3700
2049 Century Park East
Los Angeles, CA  90067-3211
310-552-0130

**ATTORNEYS FOR PLAINTIFF
INDIAN HARVEST SPECIALTIFOODS, INC.**

1 **ORDER**

2 **IT IS SO ORDERED.**

4 Date: __December 30, 2005

/s/ Frank C. Damrell Jr.
_____
Frank C. Damrell, Jr.
United States District Judge